**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GERALD J. LEPSIS, ESQ. and THE LAW OFFICES OF GERALD J. LEPSIS,**<br><br>Plaintiffs,<br><br>v.<br><br>**AMTRUST NORTH AMERICA and WESCO INSURANCE COMPANY,**<br><br>Defendants. | Civil Action No. 22-6737 (CCC) (JSA)<br><br>**REPORT AND RECOMMENDATION** |

**THIS MATTER** having come before the Court for oral argument by Zoom Videoconference on July 10, 2023, on the motion of Plaintiffs, Gerald J. Lepsis, Esq. and The Law Offices of Gerald J. Lepsis ("Plaintiffs"), to remand this case to the Superior Court of New Jersey (ECF No. 5); and Defendants, AmTrust North America and Wesco Insurance Company ("Defendants"), having opposed the motion (ECF No. 8); and the Court having considered the papers in support of and in opposition to the motion and having heard the arguments of counsel; and for the reasons set forth on the record on July 10, 2023, which are incorporated herein at length; and for good cause shown;

**IT IS on this 10th day of July 2023**,

**RECOMMENDED** that Plaintiff's motion to remand this case to the Superior Court of New Jersey, (ECF No. 5), be **DENIED**. The parties are advised that, pursuant to Federal Rule of Civil Procedure 72(b)(2), they have fourteen (14) days to serve and file any specific written objections to

the Honorable Claire C. Cecchi, U.S.D.J.

                                             <u>**s/Jessica S. Allen**</u>
                                             **Hon. Jessica S. Allen**
                                             **United States Magistrate Judge**

cc:  Hon. Claire C. Cecchi, U.S.D.J.

2