# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEPIS *et al.*,<br><br>                  Plaintiffs,<br><br>v.<br><br>AMTRUST NORTH AMERICA *et al.*,<br><br>                  Defendants. | Civil Action No.: 22-6737 (CCC) (JSA)<br><br>**O R D E R** |

    This matter comes before the Court on plaintiffs Gerald J. Lepsis, Esq. and the Law Offices of Gerald J. Lepsis's ("Plaintiffs") motion to remand this matter to state court. ECF No. 5. On July 10, 2023, Magistrate Judge Jessica S. Allen issued a Report and Recommendation that Plaintiffs' motion be denied. ECF No. 15. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Allen's Report and Recommendation, and for substantially the same reasons stated therein,

    **IT IS** on this __25th__ day of July, 2023,

    **ORDERED** that this Court adopts Judge Allen's July 10, 2023 Report and Recommendation that Plaintiffs' motion to remand this matter to state court be DENIED.

.

 

                                                                     *s/ Claire C. Cecchi*
                                                       **HON. CLAIRE C. CECCHI**
                                                       **United States District Judge**